UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES,

    Plaintiff,

v.                                 CASE NO. 8:16-cv-1557-T-23MAP

SCHUYLER W. LANGDON,

    Defendant.

_____/

## ORDER

The United States sues (Doc. 1) Schuyler Langdon to collect approximately

$30,000 in student-loan debt guaranteed by the Department of Education and moves

(Doc. 14) for summary judgment.  Langdon fails to respond to the motion.

A February 8, 2017 certificate of indebtedness (Doc. 14-2) from the

Department of Education shows that Langdon owes the United States $30,034.88.

Between the filing of the certificate and the entry of this order, an additional $180.50

in interest accrued.  Also, the United States requests an attorney's fee of $1,040,

which appears reasonable.  Because no factual dispute appears and because the

United States is entitled to judgment as a matter of law, the motion (Doc. 14) for

summary judgment is **GRANTED**.  The clerk is directed to enter judgment in the

amount of $31,255.38 for the United States of America and against Schuyler W.

Langdon and to close the case.

ORDERED in Tampa, Florida, on March 31, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE